CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
for Roanoke
SEP - 6 2007
JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| DEMETRIUS O'BRIAN CAMPBELL, | ) | |
| Plaintiff, | ) | Civil Action No. 7:07CV00407 |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| MARTINSVILLE CITY JAIL, | ) | |
| Defendant. | ) | By: Hon. Jackson L. Kiser |
| | ) | Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED and ORDERED**

that this action is **DISMISSED** pursuant to 28 U.S.C. § 1915A(b)(1); and any pending motions are **DENIED** as **MOOT**. Accordingly, this case is **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send certified copies of this Order and accompanying Memorandum Opinion to Plaintiff.

**ENTER**: This ___ day of September, 2007.

/s/ Jackson L. Kiser
Senior United States District Judge